IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**RAPHAEL FLOWERS**                                                               **PETITIONER**

**v.**                                                     **No. 4:23CV131-SA-JMV**

**CAPTAIN LAQUITA MEEKS, ET AL.**                                    **RESPONDENTS**

**JUDGMENT**

In accordance with the memorandum opinion entered this day:

(1) Defendants **Meeks**, **Munford**, **Brent**, **Moffit**, **Cain**, **Booker**, **Rice**, **Flagg**, **Winter**, **Erica Hall**, and **Kilpatrick** are **DISMISSED** from this case for failure to state a claim against them upon which relief could be granted;

(2) The plaintiff's claim for *administration of medication to the plaintiff against his will* against defendants **Nurse Stewart**, **Sgt. Brown**, **C.O. Charlie Thomas**, and **Transportation Officer Breanna Hall**, will move forward; and

(3) The plaintiff's claim for *excessive force* against defendants **Sgt. Brown**, **C.O. Charlie Thomas**, and **Transportation Officer Breanna Hall**, will also move forward.

**SO ORDERED**, this, the 23rd day of January, 2024.

/s/ Sharion Aycock
U. S. DISTRICT JUDGE