IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**RAPHAEL FLOWERS**                                                 **PETITIONER**

v.                                                                No. 4:23CV131-SA-JMV

**CAPTAIN LAQUITA MEEKS, ET AL.**                        **RESPONDENTS**

**ORDER *DISMISSING* PLAINTIFF'S MOTION [80] TO
COMPEL DISCOVERY AS MOOT**

This matter comes before the court on the motion [80] by the plaintiff to compel the defendants to produce the discovery set forth in the court's scheduling order. As the case has been dismissed [77], the instant motion [80] is **DISMISSED** as moot.

**SO ORDERED**, this, the 20th day of February, 2025.

                                                       /s/ Sharion Aycock
                                                       UNITED STATES DISTRICT JUDGE