IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**RAPHAEL FLOWERS**                                                            **PLAINTIFF**

**V.**                                                      **NO. 4:23-cv-00131-SA-JMV**

**LAQUITA MEEKS, ET AL**                                          **DEFENDANTS**

**ORDER**

Plaintiff is a state prisoner proceeding *pro se*. He has requested leave to proceed *in forma pauperis* on appeal pursuant to 28 U.S.C. § 1915 in this 42 U.S.C. § 1983 case.

Plaintiff's request for *in forma pauperis* status is not on the court's standard form and does not contain the necessary information. Plaintiff has not filed a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the instant motion. *See* 28 U.S.C. § 1915. The Court will provide Plaintiff an opportunity to address these inadequacies.

It is hereby ORDERED that within 21 days of today's date Plaintiff is directed to fill out the enclosed application for *in forma pauperis* on appeal, complete the authorization for release and have the authorized officer responsible for overseeing his prison account fill out the certificate of account, and mail to the Clerk's Office. Should Plaintiff fail to comply with this Order, the request to proceed *in forma pauperis* will be denied.

THIS the 11th day of February, 2026.

                                                    /s/ Sharion Aycock
                                                    SENIOR UNITED STATES DISTRICT JUDGE